424 A.2d 543

Commonwealth v. Murray, Appellant.

Argued December 6, 1978.   Anthony F. List, for appellant;  Sandra L. Gross, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.